IN THE COURT OF APPEALS OF THE NAVAJO NATION

WINDOW ROCK, NAVAJO NATION (ARIZONA)

| | | |
|---|---|---|
| In The Matter Of The Admission To Practice Of: | ) ) ) | No.: A-CV-04-78 |
| Michael V. Stuhff | ) ) ) | ORDER DISMISSING PETITION |

The petition for Disbarment and the subsequent Motion to Dismiss having been received and considered by the Chief Justice, the Court finds:

The matter should have been presented to the Navajo Nation Bar Association first for their consideration.

THEREFORE, the Petition for Disbarment is premature and the matter is DISMISSED.

Dated this 30th day of March, 1978.

Marie F. Neswood

Acting Chief Justice Of The Navajo Nation